**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CRIMINAL NOS. 1:18-CR-45-10**
**1:20-MC-50**
**(KLEEH)**

**CARISSA MOORE,**

**Defendant.**

**ORDER ADOPTING REPORT AND RECOMMENDATION, REMANDING CASE TO THE DISTRICT COURT, AND GRANTING MOTION TO DISMISS INDICTMENT**

On April 21, 2022, the Magistrate Judge entered a Report and Recommendation ("R&R"), recommending that the District Judge consider Defendant Carissa Moore ("Moore") as having successfully completed the requirements of the Drug Court Program. ECF No. 771. The R&R recommended that the case be remanded to the district court pending sentencing. The same day, the Government filed a motion to dismiss the Indictment as it pertains to Moore. ECF No. 770.

The R&R noted that each party had fourteen (14) days from the filing of the R&R to file "specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection." It further stated that "[f]ailure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of

de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals." To date, no objections have been filed.

When reviewing a magistrate judge's R&R, the Court must review de novo only the portions to which an objection has been timely made. 28 U.S.C. § 636(b)(1)(C). Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's recommendations" to which there are no objections. Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603–04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Because no party has objected, the Court is under no obligation to conduct a de novo review. Accordingly, the Court reviewed the R&R for clear error. Upon careful review, and finding no clear error, the Court **ADOPTS** the R&R [ECF No. 771]. For the reasons cited in the R&R and the Government's motion, the Court hereby **FINDS** and **ORDERS** as follows:

- Moore has successfully completed the requirements of the Drug Court Program;
- The R&R is **ADOPTED** [ECF No. 771];
- This action is **REMANDED** to the District Court;

- The Government's motion to dismiss is **GRANTED** [ECF No. 770];

- The Indictment is **DISMISSED** as it pertains to Moore.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: May 9, 2022

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA